1  JOHN P. REITMAN (State Bar No. 80579)
   jreitman@landaufirm.com
2  MONICA RIEDER (State Bar No. 263250)
   mrieder@landaufirm.com
3  JACK A. REITMAN (State Bar No. 283746)
   jareitman@landaufirm.com
4  LANDAU LAW LLP
   1880 Century Park East, Suite 1101
5  Los Angeles, California 90067
   Telephone: (310) 557-0050
6  Facsimile: (310) 557-0056

7  Special Litigation Attorneys
   Plaintiff Richard A. Marshack,
8  Chapter 7 Trustee for Eagan Avenatti, LLP

9          **UNITED STATES BANKRUPTCY COURT**

10     **CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

11

12 | In re                                    | Case No. 8:19-bk-13560-SC
13 | EAGAN AVENATTI, LLP,                      | Chapter 7
14 |                 Debtor                    | Adv. No. 8:20-ap-01050-SC
15 |                                           | **STIPULATION TO DISMISS
   |                                           | ADVERSARY PROCEEDING WITHOUT
16 |                                           | PREJUDICE**
17 | RICHARD A. MARSHACK, CHAPTER 7
   | TRUSTEE FOR EAGAN AVENATTI, LLP,
18 |                 Plaintiff,
19 | v.
20 | ALKI BAKERY, INC., a Washington
21 | corporation,
22 |                 Defendant.
23
24
25
26
27
28

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1    Pursuant to Rule 41 of the Federal Rules of Civil Procedure as made applicable to this

2  adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, plaintiff

3  Richard A. Marshack, Chapter 7 Trustee (the "Trustee") for Eagan Avenatti, LLP ("EA") and

4  defendant Alki Bakery, Inc. ("Alki") (collectively, the Trustee and Alki are referred to as the

5  "Parties"), stipulate as follows:

6                                         **<u>RECITALS</u>**

7    1.    The Parties have entered into a settlement agreement (the "Settlement Agreement")

8  resolving all of the claims asserted in this adversary proceeding as between them.

9    2.    The Settlement Agreement was approved by this Court on June 8, 2021 (Main Case

10  Docket No. 291, the "Order").

11    3.    Per the terms of the Settlement Agreement and Order, the Parties will now carry

12  out the terms of the Settlement Agreement.

13    4.    The Parties agree that the Court should enter an order dismissing this adversary

14  proceeding without prejudice and retain jurisdiction to enforce the Settlement Agreement, should

15  that need arise.

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

LANDAU LAW LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

   **NOW, THEREFORE,** the parties stipulate that, subject to Court approval, this adversary proceeding is dismissed without prejudice with the Court retaining jurisdiction to enforce the Settlement Agreement.

   **IT IS SO STIPULATED.**

Dated: July 1, 2021                         LANDAU LAW LLP


                                            By___ /s/ Jack A. Reitman_____
                                                 Jack A. Reitman
                                            Special Litigation Attorneys for
                                            Plaintiff Richard A. Marshack,
                                            Chapter 7 Trustee for Eagan Avenatti, LLP


Dated: July 6, 2021                         JONES BELL LLP


                                            By_____
                                                 Fredrick A. Rafeedie
                                            Attorneys for Defendant Alki Bakery, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**LANDAU LAW LLP, 1880 Century Park East, Suite 1101, Los Angeles, CA 90067.**

A true and correct copy of the foregoing document entitled (*specify*): **_Stipulation to Dismiss Adversary Proceeding_**
**_without Prejudice_** will be served or was served (a) on the judge in chambers in the form and manner required by LBR
5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
**July 8, 2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the
following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Steven Casselberry    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com**
- **Richard A Marshack (TR)    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com**
- **Jack A. Reitman    jareitman@landaufirm.com,
  srichmond@landaufirm.com;vrichmond@landaufirm.com;avedrova@landaufirm.com**
- **United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **July 8, 2021,** I served the following persons and/or entities at the last known addresses in this bankruptcy case
or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first
class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge
will be completed no later than 24 hours after the document is filed.

Fredrick A Rafeedie
Jones Bell Abbott Fleming & Fitzger
601 S Figueroa St Ste 2700
Los Angeles, CA 90017

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the
following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 8, 2021 | Vanessah Berstecher | /s/ Vanessah Berstecher |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.